UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 26-11801-BKC-PDR
CHAPTER 13

IN RE:
FELIPE BAHAMON,
    Debtor.
_____/

## NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 13 BANKRUPTCY

    The Debtor, FELIPE BAHAMON, by and through his undersigned counsel, files this

his Notice of Voluntary Dismissal of Chapter 13 Bankruptcy, and respectfully requests this

Honorable Court to enter an Order Dismissing Chapter 13 Case.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was emailed to Robin R. Weiner, Trustee at ecf@ch13weiner.com and all others set forth in the NEF and by regular mail to all creditors this 1st day of May 2026.

LAW OFFICES OF DE LA GUARDIA & SALADRIGAS
Attorneys for the Debtor
2000 Northwest 89th Place, Suite 201
Doral, FL 33172
Telephone (305) 443-4217
Email- Pleadings@bkclawmiami.com

By:  /s/_____
    Rodolfo H. De La Guardia
    Florida Bar No. 880809